

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2019

No. 04-19-00554-CV

Charles J. **MELNIK**,
Appellant

v.

Dewayne **BALDWIN** and Tonia Baldwin,
Appellees

From the County Court, Guadalupe County, Texas
Trial Court No. 2018-CV-0012
Honorable Bill Squires, Judge Presiding

# ORDER

On October 10, 2019, this court notified the court reporter that the reporter's record was late. The court reporter responded to our notice stating that the reporter's record was not filed because appellant failed to pay or make arrangements to pay the reporter's fee for preparing the record and that appellant was not entitled to appeal without paying the fee.

It is therefore **ORDERED** that appellant provide written proof to this court **by October 24, 2019** that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to respond within the time provided, appellant's brief will be due within thirty (30) days from the date of this order, and the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2019.



Luz Estrada,
Chief Deputy Clerk